# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO: WA:25-CR-00197(1)-ADA |
| | § § | |
| (1) MARLON RONSHAE PHILLIPS | § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 18, 2025, wherein the defendant (1) MARLON RONSHAE PHILLIPS waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) MARLON RONSHAE PHILLIPS to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) MARLON RONSHAE PHILLIPS' plea of guilty to Counts One SS (1ss), Two SS (2ss), Twelve SS (12ss), and Thirteen SS (13ss) is accepted.

    Signed this 2nd day of December, 2025.

                                                    ALAN D ALBRIGHT
                                                 UNITED STATES DISTRICT JUDGE